**UNITED STATES of America, Plaintiff–Appellee**

v.

**Michael F. HENRY, Defendant–Appellant.**

**No. 08–30718**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Sept. 1, 2009.

Gregory M. Kennedy, U.S. Attorney's Office Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Michael F. Henry, pro se.

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

R. 47.5.4.

PER CURIAM: *

The Federal Public Defender appointed to represent Michael F. Henry has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Henry has filed a response. Our independent review of the record, counsel's brief, and Henry's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

